UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL J BURKHART,<br><br>              Plaintiff,<br><br>   v.<br><br>INTUIT, INC. ET AL,<br><br>              Defendants. | Case No.: C-07-3751  PVT<br><br>**ORDER FOR CLARIFICATION OF APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On July 20, 2007, Plaintiff Daniel J. Burkhart filed a Complaint for Wrongful Termination and an application to proceed *In Forma Pauperis ("IFP")*. The Complaint states that Plaintiff is "an unemployed and disabled American veteran of the Viet Nam Conflict." (Complaint at p. 1). The application to proceed IFP does not include any statement of benefits that Plaintiff is receiving as a disabled veteran. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file a clarification of his application to proceed IFP that either states that he receives no benefits as a disabled veteran or that accounts for any payments received.

Dated: August 15, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

copies mailed on    8/15/07           to:

**Plaintiff**
Daniel Burkhart
9473 N. Albatross Drive
Tucson, AZ 85742

      /s/Carolyn Frantz for
CORINNE LEW
Courtroom Deputy

ORDER, *page 2*