**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BURKHART,                                                      C 07-3751 PVT

        *Plaintiff(s),*

                                                      **CLERK'S NOTICE RESCHEDULING**
*vs.*                                            **CASE MANAGEMENT CONFERENCE**

INTUIT, INC,

        *Defendant(s).*

Please take notice that the  Case Management Conference scheduled for October 23,

2007 at 2:00 p.m. has been rescheduled to **November 27, 2007 at 2:00 p.m.** before Magistrate

Patricia V. Trumbull**.**    Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse,

280 South First Street, San Jose, California.

Dated: October 15,  2007

                           /s/ Corinne Lew

                           Corinne Lew
                           DEPUTY CLERK

1    Copies mailed to:

2    **Daniel Burkhart**
     9473 N. Albatross Drive
3    Tucson, AZ 85742

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28