UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. BURKHART,<br><br>  Plaintiff,<br><br>  v.<br><br>INTUIT, INC. a corporation and DOE Corporations 1 through 10; STEPHEN M. BENNETT, an individual; BRAD D. SMITH, an individual; JEAN-PAUL GUILBAULT, an individual; JENNY PERRY, an individual; LAURA MAULER, an individual; JOHN DOES 1 through 50, as individuals,<br><br>  Defendants. | Case No. C07 03751 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Intuit Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 30, 2007

LYNNE C. HERMLE
MICHAEL A. APARICIO
Orrick, Herrington & Sutcliffe LLP

_____
MICHAEL A. APARICIO
Attorneys for Defendant
INTUIT INC.

OHS West:260329191.1

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
CASE NO. C07 03751 PVT

# CERTIFICATE OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On October 30, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Daniel J. Burkhart
9473 N. Albatross Drive
Tucson, AZ 85742

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2007, at Menlo Park, California.

_____
Josette L. Romero

OHS West:260329275.1

- 1 -

CERTIFICATE OF SERVICE