1    LYNNE C. HERMLE (STATE BAR NO. 99779)
     lchermle@orrick.com
2    MICHAEL APARICIO (STATE BAR NO. 206300)
     maparicio@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
4    Menlo Park, CA  94025
     Telephone:    650-614-7400
5    Facsimile:    650-614-7401

6    Attorneys for Defendant
     INTUIT INC.
7

8    Daniel J. Burkhart
     9473 N. Albatross Drive
9    Tucson, AZ 85742
     (520) 990-3918
10

11   Plaintiff, *In Pro Per*

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16
     DANIEL J. BURKHART,                        Case No.  C07 03751 PVT
17
                    Plaintiff,                  **STIPULATION AND [PROPOSED]**
18                                              **ORDER FOR DISMISSAL OF**
            v.                                  **INDIVIDUAL DEFENDANTS AND**
19                                              **TRANSFER OF CASE TO DISTRICT**
     INTUIT, INC. a corporation and DOE         **OF ARIZONA, TUCSON DIVISION**
20   Corporations, 1 through 10; STEPHEN M.
     BENNETT, an individual; BRAD D. SMITH,
21   an individual; JEAN-PAUL GUILBAULT, an
     individual; JENNY PERRY, an individual;
22   LAURA MAULER, an individual; JOHN
     DOES 1 through 50, as individuals,,
23
                    Defendants.
24

25

26          Plaintiff Daniel J. Burkhart, *in pro per*, and Defendants Intuit Inc., Stephen M.

27   Bennett, Brad D. Smith, Jean-Paul Guilbault, Jenny Perry and Laura Mauler, through Orrick,

28   Herrington & Sutcliffe LLP, appearing specially on their behalf, hereby enter into the following

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF
INDIVIDUAL DEFENDANTS AND TRANSFER OF CASE
C07 03751 PVT

1   Stipulation and ask the Court to enter the Orders listed below.

2   **STIPULATION**

3         Plaintiff Daniel J. Burkhart commenced this action on or about July 20, 2007.

4   Plaintiff has not served the Complaint and Summons on any Defendant.

5         On or about September 21, 2007, the Court entered an Order granting Plaintiff's

6   petition to proceed *in forma pauperis*, permitting service of process to be executed by the U.S.

7   Marshals Service. It is the Parties' understanding that the Clerk of the Court is awaiting further

8   information from Plaintiff (correct addresses for all defendants) and has not yet directed the

9   Court's service order to the U.S. Marshals Service, and no action has been taken by the U.S.

10   Marshals Service to serve the Complaint upon any of the defendants. See Docket Entry dated

11   10/09/2007.

12         Plaintiff and Defendants agree that venue in the Northern District of California is

13   improper under 28 U.S.C. § 1391(b) because the events or omissions giving rise to Plaintiff's

14   claims occurred in Arizona, and not all defendants live in the same state. Further, the Parties

15   agree that proper venue under 28 U.S.C. § 1391(b) lies in Arizona, Tucson Division.

16         Plaintiff and Defendants further agree that there is no basis for asserting claims

17   under or based upon alleged violations of the Americans with Disabilities Act, against the

18   individual defendants named in this case, pursuant to established Ninth Circuit precedent. *See*

19   *Miller v. Maxwell's Int'l, Inc.*, 991 F.2d 583, 587 (9th Cir. 1993). Accordingly, the Parties agree

20   that all individually named defendants – Stephen M. Bennett, Brad D. Smith, Jean-Paul Guilbault,

21   Jenny Perry and Laura Mauler – should be dismissed from this action with prejudice.

22         Further, Defendant Intuit Inc. agrees that upon entry of the Orders set out below,

23   and notice from the Court in the District of Arizona of completion of the transfer, Intuit Inc. will

24   agree to waive the requirement of formal service of process pursuant to Federal Rule of Civil

25   Procedure 4(d).

26         Based on the foregoing, the Parties jointly request that the Court enter the

27   following Orders:

28           1.     Individuals who are not the employer cannot, as a matter of law, be liable

1   to Plaintiff for alleged violations of the Americans with Disabilities Act.  Accordingly, Plaintiff's

2   claims against defendants Stephen M. Bennett, Brad D. Smith, Jean-Paul Guilbault, Jenny Perry

3   and Laura Mauler are DISMISSED WITH PREJUDICE.

4           2.      Venue is not proper in the Northern District of California.  Rather, venue is

5   proper in the District of Arizona.  Pursuant to 28 U.S.C. § 1406(a), the Court finds that transfer

6   rather than dismissal serves the interests of justice.  Therefore, the Court orders that the entire

7   action shall be TRANSFERRED to the District of Arizona, Tucson Division.

8           3.      The Order entered September 21, 2007, ordering that the U.S. Marshals

9   Service for the Northern District of California serve process and other papers on defendants, is

10  VACATED.  Intuit Inc. must waive service of process pursuant to Federal Rule of Civil

11  Procedure 4(d) upon Notice that the transfer of this matter to the District of Arizona is completed.

12

13  Dated: October  25 , 2007                    _____

14                                                          DANIEL J. BURKHART
                                                            Plaintiff In Pro Se

15

16  Dated: October  30 , 2007                    LYNNE C. HERMLE
                                                            MICHAEL APARICIO
17                                                          Orrick, Herrington & Sutcliffe LLP

18

19                                                          _____

20                                                          MICHAEL A. APARICIO
                                                            Attorneys for Defendant
21                                                          INTUIT INC.

22                                      **ORDER**

23          Pursuant to Stipulation, IT IS SO ORDERED.

24  Dated:

25

26                                                          _____
                                                            Patricia V. Trumbull
                                                            United States Magistrate Judge

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF
INDIVIDUAL DEFENDANTS AND TRANSFER OF CASE
C07 03751 PVT

1

## CERTIFICATE OF SERVICE BY MAIL

2           I am more than eighteen years old and not a party to this action.  My business

3   address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025.

4   On October 30, 2007, I served the following document(s):

5        **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF**
     **INDIVIDUAL DEFENDANTS AND TRANSFER OF CASE TO DISTRICT**

6        **OF ARIZONA, TUCSON DIVISION**

7   on the interested parties in this action by placing true and correct copies thereof in sealed

8   envelope(s) addressed as follows:

9

10        Daniel J. Burkhart
     9473 N. Albatross Drive

11        Tucson, AZ 85742

12

13        I am employed in the county from which the mailing occurred.  On the date

14   indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office

15   business address indicated above.  I am readily familiar with this firm's practice for the collection

16   and processing of correspondence for mailing with the United States Postal Service.  Under that

17   practice, the firm's correspondence would be deposited with the United States Postal Service on

18   this same date with postage thereon fully prepaid in the ordinary course of business.

19        I declare under penalty of perjury that the foregoing is true and correct.

20        Executed on October 30, 2007, at Menlo Park, California.

21

22                                    Josette L. Romero

23

24

25

26

27

28

CERTIFICATE OF SERVICE