**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                                          408.535.5364

December 11, 2007

Address:

Evo A. DeConcini U.S. Courthouse

405 W. Congress Street, Suite 1500

Tucson, AZ 85701-5010

RE: CV 07-03751 JW   DANIEL J. BURKHART-v-INTUIT, INC., ET AL

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

      ☒x    Certified copy of docket entries.

      ☒    Certified copy of Transferral Order.

      ☒    Original case file documents.

      ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,
                        RICHARD W. WIEKING, Clerk


                        by:  <u>Cindy Vargas</u>
                        Case Systems Administrator

Enclosures
Copies to counsel of record

December 11, 2007

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**

Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.